IN THE DISTRICT COURT OF UNITED STATES,

SOUTHERN TEXAS

CASE NO. 4;17-cv-00410

darren…,
Petitioner,

v.

'Darren James Michaels', et al.
(CNY's 'Registered Organization')

DOES 1 THRU 5
Respondent(s)

---

Darren…,
Appellant(s),

FIFTH CIRCUIT Case No.:   PENDING

v.

Lower Tribunal Case No.: 4:17-cv-00410

Darren James Michaels,
(CNY's Registered Organization)

DOES 1 THRU 5
Respondent(s)
Appellee(s).

## NOTICE OF APPEAL

darren…  [in 'propria persona']
16720 Stuebner Airline Rd., #141
Spring, Texas 77379
(407)630-8600

Notice is hereby given that Darren..., Appellant, appeals to the United States Fifth Circuit Court of Appeal, of the final order of this District Court of the United States, Southern District of Texas entered in this action on the 12th day of May, 2017 and to stay all proceedings pending review. The nature of the order is entitled, final judgment order dismissed with prejudice.

Teresita V. Magsino (TM0818)
100 Church St. Rm. 5-175
New York, N.Y. 10007
212-356-2216

Attorney for the respondents as the City of New York's 'registered organization' identified as 'Darren James Michaels', et al

_____
Petitioner

_June 9, 2017_____
Date

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the District Court of the United States and to counsel for the Respondents by U.S. postal mail service on this the 9th day of June, 2017.

By: _____
...Darren

NOTICE OF APPEAL                    Page 2 of 2